NUMBER 13-08-00116-CV


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG






GRISELDA GUADALUPE BAUTISTA GUTIERREZ, ET AL., Appellants,

 

v.



KARLA TORRES RUEDA RODRIGUEZ, INDIVIDUALLY

AND AS REPRESENTATIVE OF THE ESTATE

OF DANIEL BENITO RODRIGUEZ, DECEASED AND AS

NEXT FRIEND OF DAFNE LISETTE RODRIGUEZ, MINOR, Appellees.





On appeal from the 92nd District Court of Hidalgo County, Texas.






NUMBER 13-08-00138-CV






IN RE: COMMERCIAL ALLIANCE INSURANCE COMPANY






On Petition for Writ of Mandamus.






MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Garza and Benavides


Memorandum Opinion Per Curiam



 The parties have filed a joint motion to dismiss the appeal in Cause No. 13-08-00116-CV and a motion to dismiss the petition for writ of mandamus in Cause No. 13-08-00138-CV on grounds that the parties have reached an agreement to settle and
compromise their differences. The parties request that this Court dismiss the appeal and
original proceeding.

 The Court, having considered the documents on file and the parties' motions, is of
the opinion that the motions should be granted. See Tex. R. App. P. 42.1(a). The parties'
joint motion to dismiss the appeal in Cause No. 13-08-00116-CV and motion to dismiss the
petition for writ of mandamus in Cause No. 13-08-00138-CV are hereby GRANTED, and
the appeal and original proceeding are hereby DISMISSED.

 PER CURIAM


Memorandum Opinion delivered

and filed this 17th day of April, 2009.